# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-00214-01-CR-W-GAF |
| | ) | |
| SHANNA M. HUTCHENS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture.

WHEREAS, on February 9, 2010, the defendant entered into a plea agreement with the United States in which the defendant agreed that she had obtained money in proceeds from the offenses alleged in Counts One and Two of the Indictment, for which the defendant has been convicted.

WHEREAS, the United States has filed a Motion for Entry of an Order of Forfeiture which would consist of a personal money judgment against the defendant pursuant to Rule 32.2(b)(2)(B). The amount of the money judgment will be determined at the time of sentencing. This Order will be amended after sentencing under Rule 32.2(e)(1) when the amount of the money judgment has been decided by the Court.

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendant shall forfeit to the United States a sum of money, which the amount will be

determined at sentencing, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4)(a), this Order of Forfeiture shall become final as to the defendant at the time of sentencing [or before sentencing if the defendant consents], and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture.

SO ORDERED:

                                        s/ Gary A. Fenner
                                        Gary A. Fenner, Judge
                                        United States District Court

DATED:   February 24, 2010